

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2024

No. 04-24-00016-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Proceeding[1]

**ORDER**

On January 9, 2024, the Texas Department of Family and Protective Services (the "Department") filed a petition for a writ of mandamus and a motion for temporary relief, asserting that the trial court abused its discretion by issuing orders that violated Texas law and the Separation of Powers Clause of the Texas Constitution. On January 16, 2024, we issued an order requesting a response,[2] granting the Department's motion for temporary relief in part, and staying the challenged orders pending consideration of the mandamus petition.

After considering the petition, the motion, and the record before us, we find that the trial court lacked any authority to issue the following orders, rendered during the permanency hearing on December 1, 2023, and issued in written form on December 6, 2023.

> It is ordered that each day of school that [J.D.] must attend, one of the individuals in [J.D.'s] case team, including Cassandra Garza, Kassandra Salazar, Asenath McCabe, Julian Apolinar, and Leticia Lozano be present to transport [J.D.] to school.
>
> A one hundred dollar ($100) fine will be ordered for each day of school that [J.D.] misses without a showing that the inability to take [J.D.] to school was unavoidable.

We also find that the trial court lacked any authority to issue the following orders, rendered in open court during the permanency hearing after final order on January 4, 2024, and issued in a written order on January 9, 2024.

> 2.1. Beginning January 5, 2024 the Department will have a placement staffing from 4:00 p.m. until 5:00 p.m. All attorneys of

---

[1] This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

[2] Neither Respondent nor Real Party in Interest filed a response brief.

record shall be invited to participate. The staffings are to continue daily, seven days a week, until the child is in a licensed placement.

2.3. On or before January 8, 2024 at 8:00 a.m. The Department is to provide the home and business addresses for the following employees: Aseneth McCabe; Natasha Bussey; Ana Garcia; Janissa Harris; Julian Apolinar; and Stephanie Mack. This information is to be provided to all attorneys of record on this case as well as general counsel for this court.

2.4. If the attorneys of record to [sic] not receive the addresses as ordered in 2.3., they are authorized to hire private investigators to the information. The Court's expectation is that enforcement will be served on those who need to be served and sent with 10 day's [sic] notice so a hearing for enforcement will be heard in this court.

2.5. The Department will set up a savings account for the child by January 10, 2024 at 5:00 p.m. The attorneys representing the child will verify the account is set up. Beginning January 11, 2024, the Department will deposit $500.00 (Five Hundred Dollars) into the child's savings account every 24 hours that the child is not in [a] licensed placement.

2.6. The next time the child leaves care, he will be transported to and housed in Odessa, Texas within 24 hours of his disappearance.

Because these orders were issued without authority—constitutional, statutory, inherent, or otherwise—they are void.

Accordingly, we conditionally **GRANT** the petition for writ of mandamus and direct the trial court to, no later than ten days from the date of this opinion, vacate the above-quoted orders. We also temporarily lift our stay dated April 11, 2024, issued in the related original proceeding No. 04-24-00219-CV, for the sole purpose of allowing the trial court to vacate these provisions. The trial court is not authorized to take any other action in the underlying matter. The writ of mandamus will issue only if the trial court fails to comply within ten days of the date of this order.

It is so **ORDERED** on April 24, 2024.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2024.

Luz Estrada, Chief Deputy Clerk

- 2 -